UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIRROR IMAGING, LLC,<br><br>Plaintiff<br><br>v.<br><br>VIEWPOINTE ARCHIVE SERVICES LLC; and VIEWPOINTE CLEARING, SETTLEMENT & ASSOCIATION SERVICES LLC,<br><br>Defendants | Case No. 23-cv-0906-MN<br><br>JURY TRIAL DEMANDED |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Local Rule 81.2, and in accordance with this court's Oral Order regarding same [D.I. 44], the parties jointly provide the following statement identifying all pending matters which require judicial action:

1.  In the Northern District of Texas (prior to transfer), Defendant filed a Motion to Dismiss based on § 101 [D.I. 17]. Plaintiff filed an Opposition [D.I. 25], and Defendant filed a Reply [D.I. 26]. The Motion is thus fully briefed and ripe for consideration. The parties are available for oral argument on the Motion if the Court deems it necessary, at the Court's convenience.

The parties do not believe there are any other pending matters which require attention.

Dated:  October 9, 2023

/s/ John C. Phillips, Jr.
**PHILLIPS, MCLAUGHLIN & HALL, P.A.**
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com


**GARTEISER HONEA, PLLC**
M. Scott Fuller
  Texas Bar No. 24036607
  Georgia Bar No. 100968
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400
  sfuller@ghiplaw.com


**ATTORNEYS FOR PLAINTIFF**

Respectfully Submitted,

/s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay (*pro hac vice*)
Texas Bar No. 24002583
David B. Conrad (*pro hac vice*)
Texas Bar No. 24049042
Michael A. Vincent (*pro hac vice*)
Texas Bar No. 24105738
Alexander Martin (*pro hac vice*)
Texas Bar No. 24091828
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
conrad@fr.com
vincent@fr.com
martin@fr.com

**FISH & RICHARDSON P.C.**

**ATTORNEYS FOR DEFENDANTS**
VIEWPOINTE ARCHIVE SERVICES LLC; AND VIEWPOINTE CLEARING, SETTLEMENT & ASSOCIATION SERVICES LLC